OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

02 1R
0006557458
MAILED FROM ZIP CODE

$ 00.26⁵
MAR 13 2015

PITNEY BOWES

3/11/2015

GONZALES, FELIPE PINALES * Tr. Ct. No. 582378-A                    WR-70,439-02

This is to advise that the Court has denied without written order the application for writ of habeas corpus.

Abel Acosta, Clerk

FELIPE PINALES GONZALES
MICHAEL UNIT - TDC # 897145
P. O. BOX 4500
TENNESSEE COLONY, TX 75886